MARGERY M. de LEON, Appellant, *v.* AMIEL CAPLAN, Respondent.

Supreme Court, Appellate Term, Second Department, May 14, 1953.

*Lyman Stansky* for appellant.

*Sidney Advocate* and *E. Edan Spencer* for respondent.

*Per Curiam.* The court was in error in holding that tender was a condition precedent to the beginning of the cause of action for fraud. The provisions of section 112-g of the Civil Practice Act dispense with this requirement.

The judgment and order should be unanimously reversed upon the law and motion for a new trial granted, with $20 costs to plaintiff to abide the event.

WALSH, MURPHY and UGHETTA, JJ., concur.

Judgment and order reversed, etc.